UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CONRAD GOOD VOICE, JR.,<br><br>　　　　　Defendant. | CR 20-30019<br><br>REDACTED INDICTMENT<br><br>AGGRAVATED SEXUAL ABUSE<br><br>18 U.S.C. §§ 1153, 2241(a), and 2246(2) |

The Grand Jury charges:

On or about the 4th day of June, 2018, in Todd County, in Indian country, in the District of South Dakota, the defendant, Conrad Good Voice, Jr., an Indian, did knowingly cause, and attempt to cause, [Name Redacted] to engage in a sexual act by using force against [Name Redacted], in violation of 18 U.S.C. §§ 1153, 2241(a), and 2246(2).

　　　　　　　　　　　　　　　　A TRUE BILL:

　　　　　　　　　　　　　　　　**NAME REDACTED**
　　　　　　　　　　　　　　　　Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By: _____