UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CONRAD GOOD VOICE, JR.,<br><br>Defendant. | 3:20-CR-30019-RAL<br><br>VERDICT FORM |

We, the jury, duly empaneled and sworn to try the issues in this case, find as follows:

1. We find the defendant, Conrad Good Voice, Jr., __not guilty__ (fill in either "not guilty" or "guilty") of Aggravated Sexual Abuse as charged in the indictment.

DATED this 8th day of October, 2020.

███████████████
FOREPERSON