SD: AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| UNITED STATES OF AMERICA<br><br>V.<br><br>CONRAD GOOD VOICE, JR. | CASE NUMBER: 3:20-cr-30019-01<br><br>**JUDGMENT OF ACQUITTAL** |
|---|---|

The Defendant was found not guilty on counts(s) 1 as charged in the Indictment.

**IT IS ORDERED** that the Defendant is acquitted, discharged, and any bond exonerated.

_/s/ Roberto A. Lange_
Signature of Judge

Roberto A. Lange, United States Chief Judge
Name and Title of Judge

March 29, 2021
Date